12536-0009/dmf

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WILLIE R. DIXON,

Plaintiff,

-against-

THE INCORPORATED VILLAGE OF HEMPSTEAD,
WAYNE J. HALL, SR., as Mayor, The Incorporated Village of
Hempstead, HENRY CONYERS, as Trustee, The Incorporated
Village of Hempstead, PERRY PETTUS, as Trustee, The
Incorporated Village of Hempstead, and DON RYAN, as
Trustee, The Incorporated Village of Hempstead, and JOSEPH
B. WING, as Chief of Police, The Incorporated Village of
Hempstead, each being sued individually and in their official
capacities as employees of THE INCORPORATED VILLAGE
OF HEMPSTEAD,

Defendants.
-------------------------------------------------------------------x

**STIPULATION OF
DISCONTINUANCE AND
DISMISSAL PURSUANT
TO RULE 41 (a)(1)**

10 CV 3577 (LDW)(ARL)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the
attorneys of record for all the parties in the above entitled action, that whereas no party hereto
is an infant or incompetent person for whom a committee has been appointed and no person
not a party has an interest in the subject matter of the action, the above entitled action be, and
the same hereby is dismissed and discontinued, with prejudice, without costs to either party as
against the other. This stipulation may be filed without further notice with the Clerk of the
Court.

DATED:      Poughkeepsie, New York
            May 16, 2012

THE SANDERS FIRM, P.C.

By: _____  05.24.2012

Eric Sanders    ES0204
*Attorney for Plaintiff*
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: (800) 371-4835

McCABE & MACK LLP

By: _____
David L. Posner (0310)
*Attorneys for Defendants The Incorporated
Village of Hempstead, Wayne J. Hall, Sr., Don
Ryan and Joseph B. Wing*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel: (845- 486-6800

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
JUN 20 2012
LONG ISLAND OFFICE

12536-0009/dmf

WHITE, CIRRITO & NALLY, LLP

By: _____
      Michael L. Cirrito (9053)
*Attorneys for Defendants Henry Conyers*
*and Perry Pettus*
58 Hilton Avenue
Hempstead, NY *11550*
Tel: (516) 292-1818

SO ORDERED:

_____
HONORABLE LEONARD D. WEXLER

Dated: Central Islip ny
        6/20/12